# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

WILBUR LANN PITTMAN

               V.                    **JUDGMENT IN A CIVIL CASE**

ROBERT FERNANEZ

                       **CASE NUMBER:**    09-2403 JM (BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court hereby dismisses this action sua sponte without prejudice for failing to pay the $350 filing fee or file a Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. §§ 1914(a) and 1915(a). This case is dismissed without prejudice for lack of proper venue pursuant to 28 U.S.C. §§ 1391(b) and 1406(a)...........................................................................
........................................................................................................................................

| October 30, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                      S/ T. Lee
                                      (By) Deputy Clerk

                                      ENTERED ON October 30, 2009